**Jose Andrew NAVA, Petitioner—Appellant,**

v.

**Michael KNOWLES, Warden, Respondent—Appellee.**

**No. 08–55304.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Oct. 27, 2011.

Jose Andrew Nava, Delano, CA, pro se.

Janelle M. Boustany, Esquire, Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

California prisoner Jose Andrew Nava appeals from the district court's judgment

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. Appellant. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Nava contends that the evidence introduced at his trial was insufficient to support the jury's true finding on a criminal street gang enhancement. The record reflects that the California appellate court's rejection of this claim was not contrary to, or an unreasonable application of, federal law; nor was it based on an unreasonable determination of the facts. *See* 28 U.S.C. § 2254(d); *Jackson v. Virginia,* 443 U.S. 307, 319, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979); *People v. Gardeley,* 14 Cal.4th 605, 624 n. 10, 59 Cal.Rptr.2d 356, 927 P.2d 713 (1996).

We construe Nava's additional arguments as a motion to expand the certificate of appealability. So construed, the motion is denied. *See* 9th Cir. R. 22–1(e); *Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**